In the Matter of the Claim of SEPHA E. TRUESDELL, Respondent, against ALBANY HOSPITAL FOR INCURABLES et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 3, 1933; decided October 17, 1933.)

*J. Stanley Carter* for Albany Hospital for Incurables, appellant.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Hector A. Robichon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Dissenting: KELLOGG, J.